# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Christopher W. Brown,

    Petitioner,

vs.

State of North Carolina,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:10-cv-387-RJC

DECISION BY COURT. This action having come before the Court by Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2010 Order.

Signed: August 23, 2010

Frank G. Johns, Clerk
United States District Court